IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY SNEED,

          Petitioner,

v.

DEPARTMENT OF
CORRECTIONS,

          Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0784

Opinion filed February 7, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Timothy Sneed, pro se, Petitioner.

Pamela Jo Bondi, Attorney General; William W. Gwaltney and Lateasha L. Powell, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.